STATE OF NEW JERSEY v. ELVIN MADDOX, JR.

May 19, 1971. Petition for certification denied.

SAMUEL MALLOR AND JOHN F. McCABE, PARTNERS, t/a MALLOR-McCABE CO. v. ALAN SAGNER.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS LATTIERI.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD HUGHES.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MOSCATO.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ANN GILCHRIST, *ET AL.*

May 19, 1971. Petition for certification denied.